UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| EDDIE F. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:14-CV-282-FL |
| WANDA T. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which no objections were timely filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 1, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 1, 2014, and Copies To:**
Eddie F. Powell (via U.S. Mail) 417 Villa Street, Apartment 3C, Rocky Mount, NC 27803

August 1, 2014         JULIE A. RICHARDS, CLERK
                         /s/ Christa N. Baker
                       (By) Christa N. Baker, Deputy Clerk